August 3, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

_____

## NO. 14-16-00681-CV

UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER, Appellant

V.

LANCE MCKENZIE, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF COURTNEY MCKENZIE-THUE (DECEASED), DEBORAH DIVER, INDIVIDUALLY AND AS NEXT FRIEND OF J.O., A MINOR, Appellees

_____

This cause, an appeal from the order denying the plea to the jurisdiction of appellant, the University of Texas M.D. Anderson Cancer Center, signed August 23, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the order. We **AFFIRM** the order of the court below.

We order appellant, the University of Texas M.D. Anderson Cancer Center, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.